```
BENJAMIN B. WAGNER
United States Attorney
MICHELE BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | No. CR S-07-275 WBS |
| Plaintiff,   ) | ORDER DISMISSING INDICTMENT |
| v.   ) | |
| HERBIERTO LARA-MORA,   ) | |
| Defendant.   ) | |

**IT IS HEREBY ORDERED** that the indictment in the above-captioned case be dismissed against defendant without prejudice in the interest of justice.

DATED: October 4, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1